IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

JAMES W. MARTIN, )
)
    Plaintiff, ) CIVIL ACTION NO.: CV205-123
)
v. )
)
J. WRIGHT, )
)
    Defendant. )

## ORDER

Plaintiff, an inmate incarcerated at the Federal Correctional Institution in Jesup, Georgia, submitted a complaint to be filed in this Court. Plaintiff neither paid the filing fee nor submitted a motion and affidavit to proceed *in forma pauperis*. On June 17, 2005, the Clerk of Court served Plaintiff with a deficiency notice. Plaintiff was given twenty days to either pay the filing fee or submit a properly completed Motion to Proceed *in forma pauperis*. In a motion dated July 7, 2005, Plaintiff moved to extend the time to cure the deficiency. The Court granted that motion on July 12, 2005 and Plaintiff was given until July 18, 2005 to pay the filing fee or move to proceed *in forma pauperis*. Plaintiff has done neither. Plaintiff has now filed a motion for Declaratory Judgment, Preliminary Injunction, and "a 6 month extension of time to exhaust" his administrative remedies. (Doc. 4.) Plaintiff's motion in its entirety is **DENIED**. Plaintiff must exhaust his administrative remedies <u>before</u> filing his complaint. Plaintiff's complaint is **DISMISSED,** without prejudice, as he has neither paid the filing fee nor moved to proceed *in forma pauperis*..

SO ORDERED, this 29th day of July, 2005.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

MARTIN ) 

vs ) CASE NUMBER CV205-123

WRIGHT ) DIVISION BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/28/05, which is part of the official record of this case.

Date of Mailing: 7/29/05

Date of Certificate  [X] same date, or _____

Scott L. Poff, Clerk

By: _Sherry Taylor_
Sherry Taylor, Deputy Clerk

Name and Address
James Martin, 99321071, FCI Jesup, 2680 Highway 301 S, Jesup, GA 31599

☐ Copy placed in Minutes
☒ Copy given to Judge
☐ Copy given to Magistrate